NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of K.A.J. and K.A.J, children, )
_____ )
)
J.B., )
)
        Appellant, )
)
v. )        Case No. 2D17-4719
)
M.M.W., M.A.W., and GUARDIAN AD )
LITEM PROGRAM, )
)
        Appellees. )
_____ )

Opinion filed June 13, 2018.

Appeal from the Circuit Court for Manatee
County; Teresa Dees, Judge.

Scott R. Stark, Seminole, for Appellant.

Richard Barton Ray of Paster & Ray, P.A.,
Bradenton, for Appellees M.M.W. and
M.A.W.

Thomasina Moore and Laura J. Lee,
Statewide Guardian Ad Litem Office,
Sanford; and Douglas James Glaid, Davie,
for Appellee Guardian Ad Litem Program.


PER CURIAM.

        Affirmed.

NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.